UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 20 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

David Adrian Smith
Plaintiff

v.

WWE, Inc, et al
Defendant

3-22CV1580-B

Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.

Vincent Kennedy McMahon owns approximately 70% of WWE, Inc according to SEC filings as of 2019.
Walt Disney Company (Inc) owns majority of ESPN, Inc.
MGM Resorts International Operations, Inc - largest individual shareholder owns 9.47% shares.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.

WWE, Inc; Dr Carol Riddick; Frank Riddick; Vince McMahon; Scott Jackson; Alpha Entertainment, LLC; Dick Ebersol; Charlie Ebersol; ESPN, Inc; Bill Polian; Legendary Field Exhibitions, LLC; Reggie Fowler; Tom Dundon; Alpha Acquico, LLC; Dwayne Johnson; Dany Garcia; Gerry Cardinale; Redbird Capital Partners, LLC; MGM Resorts International Operations, Inc; Canadian Football League.

| | |
|---|---|
| Date: | ~~7/14/2022~~  7/18/2022 |
| Signature: | DA Smith |
| Print Name: | David Adrian Smith |
| Bar Number: | n/a |
| Address: | 3917 Clubway Ln |
| City, State, Zip: | Farmers Branch, TX 75244 |
| Telephone: | 214-235-9215 |
| Fax: | n/a |
| E-Mail: | davidadriansmith@hotmail.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.