# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED
      JUL 20 2022
CLERK, U.S. DISTRICT COURT
By_____
         Deputy
```

David Adrian Smith
Plaintiff

v.

Case Number: 3-22CV1580-B

WWE, Inc; et al.
Defendant

## MOTION FOR THE APPOINTMENT OF COUNSEL

I request that the Court appoint an attorney to represent me in the matter cited above. In support of this motion I have attached the following:

1. An affidavit relating to my ability to pay costs and fees.

2. Other material, if any.

*See In Forma Pauperis form for inability to pay costs and fees. That should suffice.

I have made the following efforts to obtain counsel from legal aid or legal services organizations or individual attorneys without payment of a fee or on a contingent fee basis, and have been unable to obtain the services of counsel:

I have discussed my legal matter with numerous attorneys and law firms. These include a former Texas appellate court judge and a former state representative. One of the attorneys I spoke with charged me a small fee for an hour of their time to discuss. One offered to begin researching the case but stated that I had to pay some funds for this research. I have researched trade secrets law at both the federal and state level as well as civil procedure in both and have completed filing materials including federal and state plaintiff's petitions with over 400 counts of misappropriation, theft, conspiracy, RICO and other allegations. These are not exhaustive. I am suing 20 VIP defendants and could use a hand. My allegations are well-supported.

Date: July 16, 2022  7/18/2022

Signature: D A Smith

Print Name: David Adrian Smith

Address: 3917 Clubway Ln

City, State, Zip: Farmers Branch, TX 75244

Telephone: 214-235-9215