IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID ADRIAN SMITH, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL CASE NO. 3:22-CV-1580-B-BK |
| | § | |
| WWE INC., ET AL., | § | |
| DEFENDANTS. | § | |

MAGISTRATE JUDGE'S QUESTIONNAIRE

A document titled "Answers to Magistrate Judge's Questionnaire" is attached. Plaintiff is

**ORDERED** to answer the questions contained in the attached document in the space provided for the

answers. If necessary, Plaintiff may attach up to five additional pages to answer the questions fully,

but may not write on the back of the pages.

The Court perceives the facts set forth in the complaint as inadequate in whole or in part to state

a claim against all or certain Defendants. The Questionnaire provides an opportunity for Plaintiff to

supplement the complaint with more specific facts to support the claims. *See Brown v. Taylor*, 829 F.3d

365, 370 (5th Cir. 2016).

**Plaintiff is ORDERED to verify the answers under penalty of perjury by signing on the**

**signature line at the end of the questions, and return the answers to the Clerk of this Court for**

**filing by August 25, 2022.**

*Failure to file answers to the Magistrate Judge's Questionnaire will result in the dismissal of the*

*action for failure to prosecute.*

**SO ORDERED** on August 4, 2022.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| DAVID ADRIAN SMITH, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL CASE NO. 3:22-CV-1580-B-BK |
| | § | |
| WWE INC., ET AL., | § | |
| DEFENDANTS. | § | |

### ANSWERS TO MAGISTRATE JUDGE'S QUESTIONNAIRE

You allege Defendants committed theft of trade secrets.

1. **Briefly** summarize the facts supporting your claims.

2.   State **<u>specifically</u>** how you were harmed as a result of the alleged theft of trade secrets.

3.   Regarding your claims of theft of trade secrets, explain what events, if any, took place in the Northern District of Texas?

4.  Identify the beginning and ending dates (month, day, and year) on which the defendant(s) allegedly committed theft of trade secrets as alleged in the complaint.

5.  Identify the date(s) (month, day, and year) on which you became aware of the actions of the defendant(s).

**6.** **Briefly** provide the facts supporting your civil RICO claims.

**7.** State **specifically** how you were harmed as a result of the alleged RICO violations.

4

8.  Regarding your RICO claims, explain what events, if any, took place in the Northern District
    of Texas?

9.  Identify the beginning and ending dates (month, day, and year) on which the defendant(s)
    allegedly committed the RICO violations as alleged in the complaint.

**10.** Identify the date(s) (month, day, and year) on which you became aware of the actions of the defendant(s).

**11.** Identify the companion state court case that you recently filed in state court as stated in the complaint.   Provide the style, case number, and court in which the case was filed and the claims raised.

6

In the *Application to Proceed in District Court Without Prepaying Fees or Costs* (motion to proceed *in forma pauperis*), you state that you receive gross monthly earnings of $1,774.    Thus, your total annual household income ($21,288) exceeds the applicable poverty level ($13,590).

**12.** Explain why you claim you lack sufficient resources to pay the applicable fees of $402.

**13.** Provide any other information that will help explain why you cannot pay the applicable fees of $402.

7

**STATE OF TEXAS**

**COUNTY OF _____**

<u>**VERIFICATION**</u>

I understand that a false statement or answer to any interrogatory in this cause of action will subject me to penalties for perjury.   I declare (or certify, verify or state) under penalty of perjury that the foregoing answers are true and correct.   28 U.S.C. § 1746.

SIGNED on this _____ day of _____, 2022.

_____
(Signature of Plaintiff).

8