IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID ADRIAN SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-1580-B-BN |
| | § | |
| WWE, INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

Under the provisions of 28 U.S.C. § 1915, permission is hereby GRANTED for Plaintiff David Adrian Smith to proceed *in forma pauperis* in this Court until judgment is entered. *See* Dkt. No. 4. But service of process shall not issue, if at all, until the Court completes its screening of this action under 28 U.S.C. § 1915(e)(2). *See also* Dkt. No. 7.

SO ORDERED.

DATED: March 31, 2023

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE